IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12MC26-GCM-DSC

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION, | ) ) ) |
| Movant, | ) ) |
| v. | ) ) ) |
| LEAD TECHNOLOGIES, INC., | ) ) |
| Respondent. | ) ) ) |

### ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Jeffrey S. Pollack]" (document #6) filed February 10, 2012. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Graham C. Mullen.</u>

**SO ORDERED**.

Signed: February 10, 2012

David S. Cayer
United States Magistrate Judge