# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No.: 3:12MC026-GCM-DSC

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>      Movant,<br><br>v.<br><br>LEAD TECHNOLOGIES,<br><br>      Respondent. | ORDER |

**THIS MATTER** is before the Court on Movant's "Motion to File Materials in Support of its Motion to Compel Under Seal" (document #10). For the reasons stated therein, Movant's Motion is **GRANTED**.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Graham C. Mullen.

      **SO ORDERED.**      Signed: February 28, 2012

_____
David S. Cayer
United States Magistrate Judge